

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 27, 2023**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | |
| DANIEL JOSEPH WOOLLEY and MONICA RENEE WOOLLEY, | Case Number: 21-42917-MXM |
|    Debtors | (Chapter 7) |
| | |
| DANIEL JOSEPH WOOLLEY, | |
|    Plaintiff, | Adv. No. 22-04017 |
| v. | |
| U.S. DEPARTMENT OF EDUCATION | |
|    Defendant. | |

## **AGREED JUDGMENT**

IT IS ORDERED, ADJUDGED AND DECREED that Daniel Joseph Woolley's indebtedness to the United States Department of Education is determined dischargeable pursuant to 11 U.S.C. § 523(a)(8) and said Debtor is discharged from these debts.

###END OF JUDGMENT###

LEIGHA SIMONTON
UNITED STATES ATTORNEY

　　*/s/ Donna K. Webb*
Donna K. Webb
Assistant United States Attorney
State Bar No.  21024000
1100 Commerce St., Ste. 300
Dallas, Texas 75242
donna.webb@usdoj.gov
Telephone: 214-659-8600
Facsimile:  214-659-8807
Attorneys for United States
Department of Education

*/s/ Alice Bower*
Alice Bower
State Bar No. 15148500
6421 Camp Bowie Blvd. Suite 300
Fort Worth, TX 76116
Telephone: (817) 737-5436